(November 25, 1901.)

## BOYER v. NORTHERN PACIFIC RAILWAY COMPANY:
### [66 Pac. 1082.]

FOREIGN CORPORATION—JURISDICTION—VENUE OF ACTIONS.—Foreign corporations are, for the purposes of jurisdiction, nonresidents of the state, and may be sued in the district court in any county in the state designated in plaintiff's complaint.

SAME—RESIDENCE OF FOREIGN CORPORATIONS.—A foreign corporation doing business in this state does not acquire a fixed residence in this state by designating an agent upon whom process. may be served, as required by the provisions of section 2653 of the Revised Statutes, and the decision in the case of *Easley v. New Zealand Ins. Co.*, 4 Idaho, 205, 38 Pac. 405, announcing a different rule, expressly overruled.

(Syllabus. by the court.)

H. M. Stephens, John M. Bunn and E. T. White, for Appellants.

Same brief and authorities as preceding case.

Charles L. Heitman, for Respondent.

Same brief and authorities as preceding case.

QUARLES, C. J.—This is an appeal from an order denying a motion for a change of venue, and the case is similar in all respects to the case of *Alfred Boyer and Ella Boyer v. Northern Pacific Ry. Co.*, decided at the present term of court, ante, p. 74, 66 Pac. 826; and upon the authority of that case the order denying a change of venue is affirmed.

Sullivan, J., and Stockslager, J., concur.